AUDREY STRAUSS
United States Attorney for the
Southern District of New York
By: AMANDA PARSELS
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:  (212) 637-2780
Facsimile:  (212) 637-2750
E-mail: amanda.parsels@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                      :

IN RE:                          :          APPLICATION FOR AN
                                     :          *EX PARTE* ORDER PURSUANT
LETTER ROGATORY FOR         :          <u>TO 28 U.S.C. § 1782(a)</u>
INTERNATIONAL JUDICIAL     :
ASSISTANCE FROM THE REGIONAL  :          M 93
COURT IN LEGNICA, POLAND    :          21 Misc. 644
                                     :
-------------------------------------------------------x

        Upon the accompanying declaration of Amanda Parsels, executed on July 1, 2021, the United States of America, by its attorney, Audrey Strauss , United States Attorney for the Southern District of New York, petitions this Court for an order pursuant to 28 U.S.C. § 1782(a), appointing Amanda Parsels, Assistant United States Attorney, as Commissioner for the purpose of obtaining information as requested by a letter rogatory for International Judicial Assistance from the Regional Court in Legnica, Poland, seeking information from the Self Reliance NY Federal Credit Union and the Ukrainian National Federal Credit Union, in New York, New York, in connection with a proceeding pending in that court captioned "Jan Sowa v. Danuta Baranowski."

Dated:    New York, New York
          August 9, 2021

                                    Respectfully submitted,

                                    AUDREY STRAUSS
                                    United States Attorney for the
                                    Southern District of New York


                            By:     _/s/ Amanda Parsels_____
                                    AMANDA PARSELS
                                    Assistant United States Attorney
                                    86 Chambers Street, 3rd Floor
                                    New York, New York 10007
                                    Tel:  (212) 637-2780
                                    Fax:  (212) 637-2750
                                    Email: amanda.parsels@usdoj.gov